**FILED**

01/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0554

CASE NO. DA 22-0554
IN THE SUPREME COURT OF THE STATE OF MONTANA

CHERYL VOEGEL,

    Plaintiff / Appellant,

    -vs-

DEVYN SALSBERY,

    Defendant / Appellee.

ORDER GRANTING
APPELLEE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME

Upon consideration of Appellee's Unopposed Motion for Extension of Time, there being no objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 8, 2023, within which to prepare, file, and serve Appellee's Answer Brief.

*Electronically dated and signed below.*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 24 2023